| UNITED STATES BANKRUTPCY COURT | EASTERN DISTRICT OF WISCONSIN |
|---|---|
| THE MATTER OF: | |
| GREGORY AND JAN ERICKSON | Case No. 12-28431 svk |
| Debtors. | Chapter 11 |

DEBTORS' REPORT ON BALLOTING

Benjamin Payne, counsel for the Ericksons ("Debtors") makes the following report on balloting:

**Class 1** consists of administrative expense claims. The general administrative expense claimants are unimpaired by the Plan and are not entitled to vote.

**Class 2A** consists of all allowed secured and priority claims of Waukesha County. Waukesha County is impaired by the Plan and elected not to submit a ballot.

**Class 2B** consists of the allowed secured and priority claims of the IRS. The IRS is impaired by the Plan and elected not to submit a ballot.

**Class 3A** consists of the allowed secured claim of Landmark Credit Union. Landmark is impaired by the Plan and voted to **accept** the Plan.

**Class 3B** consists of the allowed secured claim of InvestorsBank. InvestorsBank is impaired by the Plan and voted to **reject** the Plan.

**Class 4** consists of the allowed unsecured claims not included in classes 1 through 3B. The only creditor in Class 4 that submitted a ballot was InvestorsBank, who voted to reject the Plan. InvestorsBank holds 93% of the overall amount of claims entitled to vote in class 4; accordingly, class 4 voted to **reject** the Plan.

**Class 5** consists of the Debtors' equity interests, which are not entitled to vote.

Copies of the ballots are attached to this report as **Exhibit A** and the original ballots received by Debtors' counsel will be brought to the Court at the hearing on confirmation of the Plan. One impaired class has voted to accept the Plan.

Dated May 1, 2013.

                HANSON & PAYNE, LLC

                /s/ Benjamin Payne
                State bar no. 1041478

740 N. James Lovell St.
Milwaukee, Wisconsin 53233
(414) 271-4550 Phone
(414) 271-7731 Fax
bpayne@hansonpayne.com