THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 12, 2013



Susan V. Kelley
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT | EASTERN DISTRICT OF WISCONSIN |

THE MATTER OF:

GREGORY AND JAN ERICKSON,     Case No. 12-28431-svk

Debtors.     Chapter 11

### FINAL DECREE

The Debtors filed a motion on August 1, 2013, seeking a final decree in this case. Based upon the record and the Court having received no objections to the motion for entry of the final decree, the Court finds that the Debtors' estate has been fully administered. Now, therefore,

**IT IS HEREBY ORDERED** that the Chapter 11 case of the Debtors is closed.

#####

Benjamin Payne
Hanson & Payne, LLC
740 N. James Lovell St.
Milwaukee, WI 53233
Phone: ( 414) 271-4550
Facsimile: (414) 271-7731
Email: bpayne@hansonpayne.com