THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: September 13, 2013

Susan V. Kelley
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT OF WISCONSIN

THE MATTER OF:

| | |
|---|---|
| GREGORY AND JAN ERICKSON, | Case No. 12-28431-svk |
| Debtors. | Chapter 11 |

**ORDER APPROVING FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF HANSON & PAYNE, LLC**

This matter came before the Court on the application of counsel for the Debtors, Hanson & Payne ("H&P"), pursuant to 11 U.S.C. § 330, for allowance and payment of its fees and expenses.

The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the order of reference in this District, and that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) as a matter regarding the administration of the Debtors' estate.

Drafted by:

Benjamin Payne
Hanson & Payne, LLC
740 N. James Lovell St.
Milwaukee, WI 53233
Phone: (414) 271-4550
Facsimile: (414) 271-7731
Email: bpayne@hansonpayne.com

The Court finds that notice was proper and interested parties were given a sufficient opportunity to object to the fee application and no objections were filed thereto. The Court finds that the compensation stated and allowed below constitutes reasonable compensation for the actual and necessary services provided by the professionals indicated, and that the expenses stated and allowed below constitute actual and necessary expenses that benefitted the Debtors' estate or were necessary for the administration of the case. As a result,

**IT IS ORDERED** that:

1. The request for allowance of fees in the additional amount of $5,053.00 and expenses of $0.00 is granted, making the cumulative fees of H&P approved by the court $27,827.00 and cumulative expenses approved by the court $127.33, which cumulative fees and expenses hereby approved on a final basis.

2. The Debtors shall pay H&P the balance of the unpaid amounts set forth above from the Debtors' operating accounts and from funds held by H&P in trust.

#####